UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PEARLY STEPPS**                                                                            **PLAINTIFF**

v.                         **CASE NO. 5:09cv00125 BSM**

**DOLLARWAY SCHOOL DISTRICT**
**and THOMAS GATHEN**                                                   **DEFENDANTS**

## ORDER

Plaintiff, Pearly Stepps ("Stepps"), requests that discovery be compelled. [Doc. No. 9]. Defendants Dollarway School District ("Dollarway") and Thomas Gathen ("Gathen") have not responded. For the reasons set forth below, the request is granted.

Stepps served her first set of interrogatories and requests for production on September 22, 2009. On November 5, 2009, plaintiff's counsel sent an e-mail to defense counsel requesting responses. Dollarway and Gathen did not provide responses. The second set of interrogatories and requests for production were served on November 10, 2009. At the request of defense counsel a second copy of plaintiff's first set of interrogatories and requests for production were sent on the same day. On February 10, 2010, plaintiff's counsel sent a letter to defense counsel requesting defendants' responses to the interrogatories and requests for production. Dollarway and Gathen did not provide responses.

Stepps requests Dollarway and Gathen be compelled to respond to: (1) Stepps's first set of interrogatories and requests for production, interrogatory nos. 2, 5-6, 8-9, 11, and 12, and request for production nos. 4, 7, 11-15 and 17-26; and (2) Stepps's second set of interrogatories and requests for production, request for production nos. 27-31. For good

cause shown, the motion is granted. Dollarway and Gathen are directed to provide responses on or before July 14, 2010. They are cautioned that failure to timely comply with this order may result in sanctions. Additionally, Stepps is entitled to all reasonable attorneys fees and costs incurred in obtaining the responses to propounded discovery. She is directed to file a fee petition within thirty (30) days of this order.

     IT IS SO ORDERED this 30th day of June, 2010.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE