IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PEARLY STEPPS**                                                                                               **PLAINTIFF**

**v.**                                        **NO. 5:09CV00125 BSM**

**DOLLARWAY SCHOOL DISTRICT, et al**                                           **DEFENDANTS**

## ORDER

Lucien Gillham, George Stepps, Pearly Stepps, Ruth Bogy, Robert Morehead and Thomas Gathen are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the George Howard, Jr., Federal Building and United States Courthouse in Pine Bluff between Monday, October 25, 2010, and Friday, October 29, 2010, subject to the following rules:

(a)   The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b)   Cell phones must be turned off and put away when in the courtroom.

(c)   Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d)   Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the devise through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 21st day of October, 2010.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE