UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PEARLY STEPPS**                                                                                          **PLAINTIFF**

**v.**                         **CASE NO. 5:09cv00125 BSM**

**DOLLARWAY SCHOOL DISTRICT, et al.**                                       **DEFENDANT**

**ORDER**

Plaintiff Pearly Stepps's second motion in limine [Doc. No. 23] is granted in part and denied in part as set forth below.

1. Request to preclude defendants from appealing to taxpayer prejudice. Denied without prejudice.

2. Request to preclude defendants from offering evidence of financial worth. Denied without prejudice.

3. Request to preclude defendants from arguing or presenting evidence that the state will pay for some or part of the damages assessed against separate defendant Thomas Gathen. Granted.

4. Request to preclude defendants from arguing that Stepps must produce medical evidence in order to support her claim for compensatory damages. Denied.

5. Request to preclude defendants from offering any expert witness testimony that was not disclosed in discovery. Granted.

6. Request to preclude defense counsel from vouching for defendants. Granted.

7. Request to preclude defendants from using, referring to, discussing, or offering

any documents that Stepps does not choose to use at trial.  Denied.

      8.      Request to preclude defendants from offering testimony regarding George Stepps.  Denied.

      9.      Request to preclude testimony from board members and Gathen about Stepps's alleged misconduct.  Denied.

Accordingly, plaintiff's motion in limine [Doc. No. 23] is granted in part and denied in part as set forth above..

IT IS SO ORDERED this 22nd day of October, 2010.

                                                                           UNITED STATES DISTRICT JUDGE